[Civ. No. 653.   Third Appellate District.—October 18, 1909.]

## VICTOR POWER AND MINING COMPANY, a Corporation, Respondent, v. MANUEL ALVARES, Appellant.

EJECTMENT—PLEADING—REFUSAL TO VACATE JUDGMENT BY DEFAULT—NEGLIGENCE OF ATTORNEY.—The facts and the law appearing to be the same in this case as in case No. 651, *ante,* p. 497, the judgment and order appealed from are affirmed on the authority of that case.

APPEAL from a judgment of the Superior Court of Shasta County, and from an order refusing to vacate a default and judgment by default.   Wm. M. Finch, Judge presiding.

The facts appearing on the record in this case as respects the negligence of the attorney for the defendant appealing are the same as in the second motion to set aside the judgment by default in case No. 651, *ante,* p. 497.

Braynard & Kimball, for Appellant.

W. F. Aram, and P. H. Coffman, for Respondent.

HART, J.—This is an appeal from the judgment and an order denying defendant's motion to set aside the default for failure to answer the complaint and to vacate the judgment thereupon entered against the appellant.

The facts and the law applicable thereto are admittedly the same as those in the case of *Victor Power and Mining Co.* v. *Cole*—No. 651, *ante,* p. 497, [105 Pac. 758]—this day decided.   Therefore, upon the authority of said case, the judgment and the order herein appealed from are affirmed.

Chipman, P. J., and Burnett, J., concurred.